UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CERTAIN UNDERWRITERS AT LLOYDS           CASE NO. 18-cv-81680-RLR
OF LONDON SUBSCRIBING TO
POLICY NO. B0799MC029630k,
Foreign Corporations,

    Plaintiff,

v.

PERO FAMILY FARM FOOD CO., LTD.,
a Florida corporation.

    Defendants.
_____/
PERO FAMILY FARM FOOD CO.,              CASE NO. 18-cv-81572- Middlebrooks
LTD., a Florida corporation,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

    Defendant.
_____/

**PLAINTIFF/COUNTER-DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    Plaintiff/Counter-Defendant, CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NO. B0799MC029630K ("Certain Underwriters"), by and through its undersigned counsel, hereby responds to the following by stating:

    1)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

The following entities (including its members) have or may have an interest in the outcome of this action.

- The Underwriters subscribing to the Subject Cargo Policy are several syndicates at Lloyds of London, which include Newline Syndicate 1218, Barbican Syndicate 1955, Advent Syndicate 0780, and the consortium of syndicates designated as PCG 9146. Syndicate PCG 9146 is comprised of Pioneer Syndicate 1980, Antares Syndicate 1274, XL Catlin Syndicate 2088, and Argo Global Syndicate 1200.

- Each of these syndicates is, in turn, comprised of members of Lloyd's of London that subscribe to or provide the capital necessary to underwrite the Subject Cargo Policy.

- A Managing Agent manages each syndicate.

- Newline Corporate Name Limited is the sole member of Newline Syndicate 1218.

- Barbican Corporate Member Limited is the only member of Barbican Syndicate 1955.

- Advent Capital Limited is the sole member of Advent Syndicate 0780.

- Liberty Corporate Capital Limited is the sole member of Pioneer 1980.

- Antares Capital Limited, Antares Underwriting Limited, and Treimco Limited are the only members of Antares Syndicate 1274.

- China Re UK Limited is the sole member of XL Catlin Syndicate 2088.

- Numerous individual Names make up Argo Global Syndicate 1200.

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- Same as above.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- **None**

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- **None.**

Certain Underwriters certify that, except as disclosed above, it is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted,

/s/ *Krista Fowler Acuña*
Krista Fowler Acuña
Fla. Bar No. 650791
kacuna@hamiltonmillerlaw.com
Yolyvee Y. Rivera
Fla. Bar No. 0074188
yrivera@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
Attorneys for Plaintiff
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   305-379-3686
Facsimile:    305-379-3690

- 4 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 28, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Krista Fowler Acuña*
Krista Fowler Acuña

## SERVICE LIST

Gina Clausen Lozier, Esq.
Fla. Bar No. 38985
gclausen@bergersingerman.com
Christopher B. Choquette, Esq.
Fla. Bar No. 68475
cchoquette@bergersingerman.com
drt@bergersingerman.com
BERGER SINGERMAN LLP
One Town Center Road, Suit 301
Boca Raton, Florida 33486
Telephone:   561-241-9500
Facsimile:   561-998-0028
*Attorneys for Defendant*

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200, · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690